1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ELANA WEGRZYN,                              )   Case No. 2:10-cv-01452-ECR-VCF
                                           )
              Plaintiff,                   )
                                           )
vs.                                        )
                                           )   ORDER
                                           )
AMERICAN FAMILY MUTUAL                     )
INSURANCE, et al.,                         )
                                           )
              Defendants.                  )
                                           )

14   On November 8, 2011, the parties filed a stipulation (#24) to stay the case
15   pending the outcome of binding arbitration.  This Court granted the stipulation
16   staying the action until April 30, 2012.  The parties were ordered to notify the
17   Court of the resolution of the case under binding arbitration or file a status report
18   by May 1, 2012.
19   The parties have failed to file any subsequent documentation with this
20   Court.
21   The parties are directed to file a status report on this action by May 30,
22   2012.
23   Dated this 16th day of  May   2012.
24
25
26   EDWARD C. REED, JR.
     United States District Judge
27
28