UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELANA WEGRZYN, | Case No. 2:10-cv-01452-ECR-VCF |
| Plaintiff, | |
| vs. | ORDER |
| AMERICAN FAMILY MUTUAL INSURANCE, et al., | |
| Defendants. | |

On November 8, 2011, the parties filed a stipulation (#24) to stay the case pending the outcome of binding arbitration. This Court granted the stipulation staying the action until April 30, 2012. The parties were ordered to notify the Court of the resolution of the case under binding arbitration or file a status report by May 1, 2012.

The parties have failed to file any subsequent documentation with this Court.

The parties are directed to file a status report on this action by May 30, 2012.

Dated this 16th day of May 2012.

*Edward C. Reed*
EDWARD C. REED, JR.
United States District Judge